HANNAH LESEM v. FERDINAND GOLDSCHMIDT.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ATLANTIC SHIPPING COMPANY v. HYMAN EPSTEIN and BERNARD NEVELSON and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

ALPHA SILK THROWING CO., INC., a New Jersey Corporation, v. H. FUJIMURA & Co., INC., a New York Corporation, and Another.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NEIDOLD REALTY CORPORATION v. 680 WEST END AVENUE CORPORATION and Others, and LOUIS B. SIMONDS.— Motion denied and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EMILY G. WIKOFF, as Administratrix, etc., of JOHN H. WIKOFF, Deceased, v. JOSEPH HIRSCHEL.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM VEDOVATO, INC., v. NISHAN REALTY CORPORATION and Another.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES SHAFTAN v. LILLIAN M. SHAFTAN.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FRANK RICH v. CITY INSURANCE COMPANY OF PENNSYLVANIA and Others.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BANKERS TRUST COMPANY, as Executor, etc., of MARION S. WRIGHT, Deceased, v. ALFRED M. BEDELL.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JACOB W. LOEB v. WILLIAM FOX.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES W. ELMES v. CHARLES L. WAGNER.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BERTHA SILVERMAN v. ARTHUR M. SILVERMAN.— Motion denied, with leave to defendant to move at Special Term for resettlement of the order appealed from; stay contained in order to show cause dated January 2, 1931, vacated, and that, pending determination of said motion at Special Term, the argument of this appeal is stayed. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES ROEHM v. FLORENCE ROEHM.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of Supplementary Proceedings of ELIZABETH A. THOMER, as Administratrix, etc., of CONRAD J. THOMER, Deceased, v. JOSEPH A. DAMSEY.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL LEFKOWITZ.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SARAH MARGOLIN v. MAX MARGOLIN.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of HENBURN HOUSING CORPORATION for an Order Directing that an Arbitration Proceed between the Said HENBURN HOUSING